HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Email: mmcfarland@ecl-law.com

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MEJIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>PUBLIC RISK UNDERWRITERS OF THE NORTHWEST, INC., d/b/a "CANFIELD," "CANFIELD SOLUTIONS," and "CANFIELD AND ASSOCIATES",<br><br>                    Defendants. | Case No. 2:15-CV-00111-SMJ<br><br>STIPULATED ORDER OF PROTECTION |

## I. BASIS

Plaintiff served Defendant with discovery requests that seek the production of documents "pertaining to race or sex that were created or communicated during the calendar years 2010-2014." In an effort to comply with Plaintiff's discovery requests, including but not limited to the aforementioned

STIPULATED ORDER OF
PROTECTION - page 1

request for production, Clear Risk Solutions (formerly Canfield) is searching its computer/network system for documents responsive to Plaintiff's discovery requests. The search conducted is producing thousands of pages of potentially responsive documents, including documents that may be privileged and/or contain private and confidential information.

Given the nature of Clear Risk Solutions' business (a third-party risk administrator), the parties recognize that there may be information contained in the documents produced that is privileged, confidential, proprietary and private. Defendant intends to withhold documents that it believes is privileged, and to produce to Plaintiff a privilege log identifying said documents. Documents produced may have confidential, proprietary and private information that has no relevance to these proceedings. In order to give Plaintiff access to discoverable and relevant information, and at the same time protect confidential, private and proprietary information of Clear Risk Solutions, the parties have agreed to the following procedure for the production of documents requested by Plaintiff.

## II. STIPULATION

IT IS HEREBY STIPULATED BY THE PARTIES that the following procedures shall apply to all documents exchanged by the parties that the producing party identifies as "confidential:"

STIPULATED ORDER OF
PROTECTION - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1. Confidential documents will be protected from public disclosure unless otherwise required by law. Any document exchanged by the parties in this case that is deemed by the producing party as "confidential" will be subject to the terms of this Protective Order. This includes all documents that will be produced to Plaintiff in response to Plaintiff's Request for Production No. 2.

2. All parties and their attorneys agree to treat all documents identified as confidential as confidential and subject to this order, except as necessary to present the parties' claims in the above-referenced case. To protect a document under this Order, a party must designate a document as confidential by prominently labeling it as "CONFIDENTIAL" in the margin of the document itself. Plaintiff and his attorneys thereby agree not to disseminate any confidential documents covered by this Order to any third-party, except when and only when the specific document is needed by:

    a. The party(ies), their attorneys and the attorney's employees;

    b. Consultants and experts retained by any party for the purposes of assisting in the preparation or presentation of claims or defenses;

    c. Any person for the purpose of perfecting service of notices of deposition and/or subpoenas for trial upon employee witnesses;

    d. Any other person authorized by the Court; and

    e. Any witness who the attorney in good faith believes needs to see the document in order to represent his client.

3. All of the foregoing persons, including the attorneys' staff persons working on this case, other than the parties' attorneys shall be shown a copy of this Order and shall sign it or otherwise signify in writing prior to being shown

STIPULATED ORDER OF
PROTECTION - page 3

confidential documents that the person has read the Order and consents to be bound by its terms.

    4.    Any documents that are filed with the Court or utilized as evidence will be reviewed by the party proposing the document, and the addresses, dates of birth, or other sensitive information of the employees involved will be redacted.  The parties will attempt to agree to any redactions of information in advance.  If the parties are unable to agree on the redaction of information, the Court will be requested to review the document *in* camera and make a determination of what, if any, information should be redacted in the document.

    5.    Upon completion of this litigation, all copies of the records or documents from the employee files shall remain confidential, and shall continue to be kept pursuant to the above criteria.

    6.    Nothing contained herein shall be construed to prejudice or limit any party's right to use the records in the taking of depositions or at trial to the extent permitted, if at all, under the rules of evidence and civil procedure.

    9.    Nothing in this Order shall prevent any party hereto from seeking modification of this Order, or from objecting to discovery which it believes to be otherwise improper, including designations that a document is confidential.

    10.    Violation of the terms of this Order, by any of the signators to this agreement, their employees, agents or experts may be subject the violator to any sanction deemed appropriate by the Court.

///

///

///

STIPULATED ORDER OF
PROTECTION - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

IT IS SO STIPULATED THIS 22nd day of January, 2016.

EVANS, CRAVEN & LACKIE, P.S.

By: __/s/ Michael E. McFarland, Jr.__
    MICHAEL E. McFARLAND, JR., WSBA #23000
    Attorneys for Defendant

MACDONALD HOAGUE & BAYLESS

By: __/s/ Jesse Wing__
    JOSEPH R. SHAEFFER, WSBA #33273
    JESSE WING, WSBA #27751
    Attorneys for Plaintiff

## II. ORDER

Based upon the foregoing stipulation, it is ORDERED, ADJUDGED AND DECREED that the Stipulated Order of Protection and the provisions therein shall apply to all records produced in discovery in this case that are identified by the producing party as "confidential."

Signed this __16th__ day of __February__, 2016.

_____
HONORABLE SALVADOR MENDOZA, JR.

STIPULATED ORDER OF
PROTECTION - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:  /s/ Michael E. McFarland, Jr.
    MICHAEL E. McFARLAND, JR., WSBA #23000
    Attorneys for Defendant

MACDONALD HOAGUE & BAYLESS

By:  /s/ Jesse Wing
    JOSEPH R. SHAEFFER, WSBA #33273
    JESSE WING, WSBA #27751
    Attorneys for Plaintiff

STIPULATED ORDER OF
PROTECTION - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Jesse A. Wing
Joseph R. Shaeffer
MacDonald Hoague & Bayless
705 2nd Avenue, Suite 1500
Seattle, WA 98104
jessew@mhb.com
josephs@mhb.com

       */s/ Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
mmcfarland@ecl-law.com

STIPULATED ORDER OF PROTECTION - page 7