FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MEJIA, | No.    2:15-CV-0111-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| PUBLIC RISK UNDERWRITERS OF THE NORTHWEST, INC., | |
| Defendant. | |

On December 20, 2016, the parties filed a stipulated dismissal, ECF No. 46.

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    The parties' Stipulation for Order of Dismissal, **ECF No. 46**, is **GRANTED.**

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.    All pending motions are **DENIED AS MOOT.**

4.    All hearings and other deadlines are **STRICKEN.**

5.    The Clerk's Office is directed to **CLOSE** this file.

ORDER - 1

1       **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2 provide copies to all counsel.

3       **DATED** this 20th day of December 2016.

4

5       SALVADOR MENDOZA, JR.
      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2